and case remanded for further consideration in light of *Missouri* v. *Hunter, ante,* p. 359.

No. 80–1640.   UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. *v.* SHOLLY ET AL.; and

No. 80–1656.   METROPOLITAN EDISON CO. ET AL. *v.* PEOPLE AGAINST NUCLEAR ENERGY ET AL.   C. A. D. C. Cir. [Certiorari granted, 451 U. S. 1016.]   Judgment vacated and cases remanded to consider the question of mootness and, should the cases not be moot, for further consideration in light of Pub. L. 97–415.

No. A–654.   KAVANAGH *v.* COVEN.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–660.   CINTOLO *v.* UNITED STATES ET AL.   D. C. Mass.   Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–299.   IN RE DISBARMENT OF OLKON.   Disbarment entered.   [For earlier order herein, see *ante,* p. 985.]

No. D–305.   IN RE DISBARMENT OF WOOD.   Gary M. Wood, of Surfside Beach, S. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on December 13, 1982 [*ante,* p. 1083], is hereby discharged.

No. D–307.   IN RE DISBARMENT OF GARY.   Disbarment entered.   [For earlier order herein, see *ante,* p. 1140.]

No. 81–430.   ILLINOIS *v.* GATES ET UX.   Sup. Ct. Ill. [Certiorari granted, 454 U. S. 1140.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral